event, on the ground that the verdict is against the weight of evidence. No opinion.

Joseph Ohmann, Appellant, v. Morning Journal Association, Respondent.— Judgment affirmed, with costs. No opinion. (Laughlin, J., dissenting.)

Sigismund L. Adler, Appellant, v. The Peoples Bank at Pinckard, Alabama, Respondent.— Judgment and order affirmed, with costs. No opinion.

Frank Tetzlaff, Appellant, v. Meta C. Tetzlaff, Respondent.— Judgment affirmed. No opinion.

Joseph Harris, Respondent, v. Paul Berger and Anna Berger, Appellants.— Judgment and order affirmed, with costs. No opinion.

Carnegie Trust Company, Respondent, v. Henry J. Mayham, Impleaded with William E. Holloway, Appellant.— Judgment and order affirmed, with costs. No opinion.

Margaret E. Darlington, as Administratrix, etc., of Edward Darlington, Deceased, Respondent, v. Adin G. Pierce Company, Appellant, Impleaded with Fogliasso-Clement Building Company and Others.— Judgment and order affirmed, with costs. No opinion.

The R. G. Packard Company, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs, on the opinion of Mr. Justice Whitney in the court below on the motion made by defendant for a new trial.

The People of the State of New York, Respondent, v. Robert Raphael, Appellant.— Judgment and order affirmed. No opinion.

The People of the State of New York ex rel. Henry E. Janes, as Administrator de Bonis Non, etc., of Edward R. Janes, Deceased, Relator, v. William D. Dickey, Chairman, and Others, Commissioners, etc., and The City of New York, Respondents.— Writ dismissed and determination affirmed, with fifty dollars costs and disbursements, on the authority of *People ex rel. City of New York* v. *Stillings* (134 App. Div. 480; affd., 200 N. Y. 525) and *People ex rel. Volkening* v. *Prendergast* (150 App. Div. 665). Order to be settled on notice.

Louise C. Finlay, Respondent, v. Marshall C. Kane and J. Frederick Behrens, Composing the Firm of Kane & Behrens, Appellants. (Actions Nos. 1–3.) — Judgment in each case affirmed, with costs. No opinion.

Harry W. Meacham, Appellant, v. Jamestown, Franklin and Clearfield Railroad Company, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Arthur A. Dunphy, Appellant, Impleaded with Frank L. Moyer.— Judgment and orders affirmed. No opinion.

Blaw Collapsible Steel Centering Company, Respondent, v. Joseph T. Rice and Others, Copartners, Doing Business under the Firm Name and Style of King, Rice & Ganey, Appellants.— Judgment and order affirmed, with costs. No opinion.

William E. Bloodgood and William R. Walker, as Surviving Executors and Trustees under the Will of Thomas Lewis, Deceased, Respondents, v.